JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PALEY,<br><br>        Plaintiff,<br><br>    v.<br><br>SAKS & COMPANY LLC, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-00527-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 32]** |

1 | On October 21, 2025, the parties filed a Stipulation of Dismissal, dismissing the
2 | action pursuant to Fed. R. Civ. P. 41(a).  Dkt. 32.  Having considered the Stipulation
3 | of Dismissal and finding good cause therefor, the court hereby ORDERS:
4 |     1.  All dates and deadlines governing this action are VACATED.
5 |     2.  The court DISMISSES the action with prejudice.
6 |     3.  Each party is to bear its own respective attorney's fees and costs.

8 | IT IS SO ORDERED.

10 | Dated: October 24, 2025

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge